```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2023
```

RECEIVED
SDNY PRO SE OFFICE
2023 FEB 24   AM 10:22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edward Greeman
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Superintendant of Fishkill Correct-
ional Facility

(List the full name(s) of the defendant(s)/respondent(s).)

1-22-CV-04300   (KPF) (KHP)

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [ ] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [X] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

   Please be informed that I am humble requesting, prematurely, for a Pro Bono Counsel, to assist me, in litigating the above Habeas Corpus Petition. My request, only if necessary, is to expedite the corrective process encompassing this 'Gross Miscarriage of Justice'. Since I am an INNOCENT 66yrs OLD GREAT-GRAND-FATHER who is seeking JUSTICE (not sympathy) from this Honorable Court.

Rev. 3/27/14

Thank You Kindly,
Edward Greeman
Pro Se Def.

2/16/23

```
FISHKILL CORRECTIONAL FACILITY
BOX 1245
BEACON, NEW YORK  12508

NAME: Edward Greeman      DIN: 20-A-0389 B-W 53B


                          Pro Se Intake Unit
                          U.S. District Court
                          S.D.N.Y.
                          40 Foley Sq. Rm. 105
                          New York, NY 10007
```

LEGAL MAIL
PRIVILEGED & CONFIDENTIAL MATERIAL




The Criminal Justice Act provides the Court with discretion to appoint an attorney to represent a petitioner seeking relief under 28 U.S.C. §§ 2241, 2254, or 2255 who is unable to afford counsel if "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). There is no requirement that an indigent habeas petitioner be appointed pro bono counsel unless the Court determines that an evidentiary hearing is necessary. *Graham v. Portuondo*, 506 F.3d 105, 107 (2d Cir. 2007). "Appointment of pro bono counsel must be done judiciously in order to preserve the precious commodity of volunteer lawyers for those litigants who truly need a lawyer's assistance." *Farmer v. United States*, 2016 WL 1276461, at *7 (S.D.N.Y. Mar. 30, 2016) (citation omitted). Here, the habeas petition is fully briefed and no evidentiary hearing is scheduled. The next step is for the Court to render a decision on the petition. Petitioner requests appointment of counsel in an attempt to "expedite" a resolution of his petition, however the appointment of counsel will not result in an expedited decision from the Court. Accordingly, Petitioner has not shown that the interests of justice require appointment of counsel. His motion is denied.

**The Clerk of the Court is respectfully directed to mail a copy of this order to the Petitioner.**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER    2/28/2023
UNITED STATES MAGISTRATE JUDGE

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Edward Greeman          DIN: 20-A-0389  B-W 53B