UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD GREEMAN,

                Petitioner,

-against-                      22-CV-4300 (AS)

THE SUPERINTENDENT OF
FISHKILLCORRECTIONAL FACILITY,       ORDER

                Respondent.

ARUN SUBRAMANIAN, United States District Judge:

      Petitioner Edward Greeman filed a pro se petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. ECF No. 2. Respondent filed an opposition, arguing that certain claims are procedurally defaulted because Petitioner no longer has a state forum in which to assert them. ECF No. 18. Petitioner is currently serving an aggregate indeterminate prison sentence of 5½ to 11 years. Much of his sentence is due to his convictions for the possession of bent MetroCards. Petitioner has already served over 2.5 years of that sentence. The Court wants to know whether there is any way for Petitioner to seek relief from his conviction or sentence other than through this petition, for instance by petitioning a state agency or seeking clemency from an appropriate government official, and how Petitioner would go about doing that. No later than **October 20, 2023**, Respondent is ORDERED to file a letter, not to exceed three (3) pages, identifying whether Petitioner has any further avenues for relief.

      SO ORDERED.

Dated: October 10, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge