**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
EDWARD GREEMAN,

                           Petitioner,                  22 **CIVIL** 4300 (AS)

          -against-                              **JUDGMENT**

THE SUPERINTENDENT OF FISHKILL
CORRECTIONAL FACILITY,
                          Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 20, 2023, the Greeman's petition for a writ of habeas corpus be denied. As Greeman has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith.; accordingly, the case is closed.

**DATED:**  New York, New York
             October 23, 2023

                                                                **RUBY J. KRAJICK**
                                                                  Clerk of Court
                                        **BY:**
                                                                  **Deputy Clerk**