UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD GREEMAN,

                      Petitioner,

-against-

THE SUPERINTENDENT OF FISHKILL CORRECTIONAL FACILITY,

                      Respondent.

22-CV-4300 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

On October 20, 2023, the Court issued a Memorandum Opinion and Order denying Petitioner Edward Greeman's petition for a writ of habeas corpus. Dkt. 35. On November 16, 2023, Greeman submitted a motion for reconsideration of that Order. Dkt. 40. The Court denied the motion. Dkt. 44. On January 3, 2024, Greeman submitted a second motion under Federal Rule of Civil Procedure Rules 59(e) and 60(b). Dkt. 45. The Court denied the motion. Dkt. 48.

Greeman now files another motion to reopen this case pursuant to Federal Rule of Civil Procedure 60(b).[1] Under Rule 60(b), a party may seek relief for six reasons: (1) "mistake, inadvertence, surprise, or excusable neglect;" (2) certain "newly discovered evidence"; (3) "fraud …, misrepresentation or misconduct by an opposing party;" (4) "the judgment is void;" (5) "the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or" (6) "any other reason that justifies relief." Fed. R. Civ. Pro. 60(b).

Greeman's request to reopen is based on contentions previously raised in his prior motions, and which the Court rejected. *See* Dkts. 44, 48. Greeman's argument is not a valid basis to reopen the case, and so the request is DENIED. The Clerk of Court is directed to terminate the motion at Dkts. 52 and 55.

SO ORDERED.

Dated: May 31, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge

---

[1] Greeman also states that he is making his motion pursuant to 28 U.S.C. § 1915A and Federal Rule of Civil Procedure 60(e). But neither the statute nor rule relates to a motion to reopen.